31 P.3d 243

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| Case | Number | Date | Disposition |
|---|---|---|---|
| State v. Kurashige | 23097 | 07/05/2001 | Affirmed |
| Duvauchelle v. Tides Foundation | 22243 | 07/05/2001 | Affirmed |
| Wallower v. Wallower | 23299 | 07/05/2001 | Affirmed in part and Remanded |
| State v. McVea | 23119 | 07/09/2001 | Affirmed |
| State v. Jackson | 23351 | 07/16/2001 | Affirmed |
| Campbell v. Campbell | 22350 | 07/16/2001 | Affirmed |
| Schonleber v. A Reef Adventure, Inc. | 23631 | 07/18/2001 | Vacated and Remanded |
| Holden v. Hawai'i Dep't of Labor & Indus. Rels. | 22783 | 07/20/2001 | Vacated and Remanded |
| Miller v. GMP Associates, Inc. | 23041 | 07/31/2001 | Affirmed in part, Vacated and Remanded |
| State v. Grindling | 23472 | 07/31/2001 | Affirmed |
| State v. Brockington | 23708 | 08/06/2001 | Affirmed |
| State v. Martinez | 23228 | 08/06/2001 | Affirmed |
| Doe, In re | 22293 | 08/08/2001 | Vacated and Remanded |
| State v. Coffman | 22742 | 08/08/2001 | Affirmed |
| State v. Price | 23360 | 08/08/2001 | Affirmed |
| Doe, In re | 22437 | 08/09/2001 | Affirmed |
| State v. Kamaka | 23512 | 08/09/2001 | Affirmed |
| State v. Balberdi–Lopez | 23133 | 08/10/2001 | Affirmed in part, Vacated in part and Remanded |
| Doe, In re | 22304 | 08/16/2001 | Vacated and Remanded |
| Eagle v. Allen | 22950 | 08/21/2001 | Affirmed |
| State v. Forman | 23383 | 08/21/2001 | Affirmed |
| Ramsey v. State | 23288 | 08/28/2001 | Affirmed |
| State v. Rinzler | 23419 | 08/28/2001 | Affirmed |
| State v. Zabanal | 23022 | 08/30/2001 | Affirmed |